JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAMUEL ROBINSON, | ) | CASE NO. CV 07-2505-CJC (PJW) |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| W. CHAPLIN, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>April 8, 2010</u>.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\judgment Re CV07-2505-CJC(PJW).wpd